# Roddy Q. Bolaños
## ATTORNEY AT LAW – ABOGADO, LLC.

608 Kennedy Blvd., Union City, NJ 07087
Office: (201)-617-0640 ● Fax: (201)-624-7772 ● E-mail: **lawoffice@me.com**

Roddy Q. Bolanos, Esq.*
William M. Candia, Esq. - Of Counsel *◊

*Admitted in NJ
◊Admitted in NJ, NY, ND

To:     Honorable Claire C. Cecchi                    **Date:**  July 22, 2026
        U.S. District Court
        Martin Luther King Bldg. & U.S. Courthouse
        50 Walnut Street
        Newark, New Jersey 07102

RE:     **2:26-cv-06468-CCC**
        MACHUCA PERALTA v. MULLIN et al

Dear Honorable Judge Claire C. Cecchi,

Please accept this letter in lieu of a more formal motion requesting the withdrawal/dismissal of the above captioned petition for writ of habeas corpus and for this case to be marked as closed/Terminated. The petitioner does no longer seek any further relief from this Court. In fact, the Petitioner, who is detained by ICE, has requested to immigration authorities to be removed back to his home country, Ecuador.

Should you have any questions or concerns, please do not hesitate to contact me at 551-234-5540.

Respectfully Submitted,

William M. Candia, Esq
Attorney for Petitioner

The previous stay of Petitioner's transfer,
ECF Nos. 2–3, is hereby lifted. The Clerk's
Office is directed to close this file.

SO ORDERED

    s/Claire C. Cecchi
CLAIRE C. CECCHI, U.S.D.J.

Date: 7/23/2026